IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KAY A. NABIS-SMITH,

        Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security,

        Defendant.

Case No. 6:16-cv-01915-JR

ORDER

MCSHANE, Judge:

    Magistrate Judge Jolie A. Russo has filed a Findings and Recommendation, ECF No. 36, and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B); Fed.R.Civ.P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and adopt the Findings and Recommendations.

1 –ORDER

Magistrate Judge Russo's Findings and Recommendation, ECF No. 36, is ADOPTED in full. The Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

DATED this 12th day of July, 2018.

/s/ Michael McShane
Michael McShane
United States District Judge